# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: January 29, 2016 |
| Court Reporter: Janet Coppock | Time: 39 minutes |
| Probation Officer: Justine Kozak | Interpreter: Cathy Bahr |

**CASE NO.  09-CR-00056-PAB-5**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Kasandra Carleton |
| Plaintiff, | |
| vs. | |
| **5. FRANCISCO RAMIREZ-SOTO,** | Thomas Goodreid |
| Defendants. | |

## SENTENCING

**11:06 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and in custody.

Interpreter is sworn with no challenges to her qualifications.

**ORDERED:** The statement of facts in the Plea Agreement, the Presentence Report and its Addendums are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

**Government's Motion for Leave to Restrict [Docket No. 1174]**

Page Two
09-CR-00056-PAB-5
January 29, 2016

Argument by Ms. Carleton and comments in response to the Court's questions.

Argument by Mr. Goodreid and comments in response to the Court's questions.

**ORDERED:**   Government's Motion for Leave to Restrict [Docket No. 1174], is **GRANTED**.

Argument by Mr. Goodreid in support of the defendant's Motion for a Non-Guideline Sentence, Under 18 U.S.C. § 3553(a) and comments addressing sentencing.

Argument by Ms. Carleton and comments addressing sentencing.

Additional argument by Mr. Goodreid.

Defendant addresses the Court.

Court states its findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:**   Defendant's Motion for a Non-Guideline Sentence, Under 18 U.S.C. § 3553(a) [Docket No. 1173], is **GRANTED in PART.**

Defendant entered his plea on **October 30, 2015** to count **One of the Information.**

**ORDERED:**   Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **65** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Colorado**.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **4** years.

**ORDERED:   Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

Page Three
09-CR-00056-PAB-5
January 29, 2016

- (**X**)  While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**)  Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)  Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**)  Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the defendant will likely be deported.

**ORDERED:** **Special Condition** of Supervised Release:
- (**X**)  If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.
probation officer.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Government's Motion for Defendant to Receive Three Level Decrease for Acceptance of Responsibility Under U.S.S.G. §3E1.1(b) [Docket No. 1177], is **GRANTED.**

**ORDERED:**  Government's Motion to Dismiss Counts [Docket No. 1178], is **GRANTED.**

**ORDERED:**  Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Four
09-CR-00056-PAB-5
January 29, 2016


**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**11:45 a.m.    COURT IN RECESS**

**Total in court time:     39 minutes**

**Hearing concluded**