IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00056-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. FRANCISCO RAMIREZ-SOTO,

    Defendant.

**ORDER**

    This matter is before the Court on the United States' Motion to Dismiss Counts [Docket No. 1178]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Motion to Dismiss Counts [Docket No. 1178] is granted. Counts 1, 5, 16, 22, and 27 of the Indictment are dismissed as to defendant Francisco Ramirez-Soto only.

    DATED January 29, 2016.

                                      BY THE COURT:

                                      PHILIP A. BRIMMER
                                      United States District Judge